UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MUNG CHI HUANG,<br>a/k/a Ming Vicki C. Huang,<br><br>      Defendant. | Civil No. 05-355-JD |

## CONSENT JUDGMENT

On September 20, 1999, Mung Chi Huang became a naturalized citizen and received Certificate of Naturalization No. 25014194. Ms. Huang is subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because she procured her naturalization illegally in that she lacked good moral character as a result of her convictions for shoplifting, in violation of N.H. RSA 644:17, which occurred during the period of time in which defendant was required to establish good moral character. See Count I of the Complaint.

Ms. Huang is subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because, for the purpose of obtaining an immigration benefit, she procured her naturalization illegally by providing false testimony, under oath, during her July 12, 1999, naturalization interview in which she stated that she had never been arrested and did not have a criminal record. See Count II of the Complaint.

Ms. Huang is subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because she procured her naturalization by willful misrepresentation and concealment of facts material to her eligibility for naturalization in that she misrepresented and concealed her arrests, charges, and

convictions, knowing that her representations and concealments were false and misleading. <u>See</u> Count III of the Complaint.

Mung Chi Huang has read the Complaint and its supporting Affidavit of Good Cause and concedes that her naturalization was procured illegally and by willful misrepresentation and concealment of materials facts as alleged in Counts I, II and III of the Complaint. The parties have entered into a Settlement Agreement regarding this matter, which is attached as Exhibit A. Ms. Huang consents to the entry of a Consent Judgment revoking her citizenship.

Therefore, pursuant to the Settlement Agreement and 8 U.S.C. § 1451 (a), it is hereby ordered:

1.  On the grounds charged in Counts I, II and III of the Complaint, the September 20, 1999, naturalization of Ms. Huang ordered by the Attorney General of the United States admitting Ms. Huang to United States citizenship is revoked and set aside and Certificate of Naturalization No. 25014194, issued by the Attorney General of the United States, is hereby cancelled.

2.  From the date of this order, Mung Chi Huang is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document that purports to evidence United States citizenship obtained as a result of her improper naturalization on September 20, 1999.

3.  Mung Chi Huang shall surrender and deliver Certificate of Naturalization No. 25014194, any copies thereof in her possession, as well as to make good faith efforts to recover and then surrender any copies thereof that she knows are in the possession of others, to the Attorney General, or his representative, immediately, and any other indicia of United States

citizenship, including any United States passport, to the Attorney General of the United States, or his representative, within ten (10) days of the entry of this order.

    4.    The parties shall bear their own costs and attorney fees.

Dated:   December 1, 2005                /s/ Joseph A. DiClerico, Jr.
                                                    United States District Judge
                                                    District of New Hampshire